**Original filed 5/1/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH R. CALIHAN, | ) | No. C 05-1377 JF (PR) |
| Plaintiff, | ) ) | ORDER OF DISMISSAL |
| vs. | ) ) | |
| ALEXIAS JOHNSON, et. al., | ) ) | |
| Defendants. | ) | (Docket No. 9) |

Plaintiff, proceeding pro se, filed the instant civil rights complaint pursuant to 42 U.S.C. § 1983. On March 22, 2006, the Court granted Plaintiff's application to proceed in forma pauperis. On March 27, 2006, the Contra Costa County Sheriff's Office filed a letter with the Court stating that Plaintiff is no longer in their custody, and is currently incarcerated at San Quentin State Prison. On April 3, 2006, the Court directed Plaintiff to file a notice with the Court whether he intends to pursue the claims set forth in the instant complaint. On April 6, 2006, Plaintiff filed a motion to dismiss the instant action. Accordingly, Plaintiff's motion to dismiss (docket no. 9) is GRANTED. The instant complaint is dismissed without prejudice. No filing fee is due in this closed case.

IT IS SO ORDERED.

DATED: 4/27/06

*/s/ Jeremy Fogel*
JEREMY FOGEL
United States District Judge

Order of Dismissal
P:\pro-se\sj.jf\cr.05\Calihan377dis                                1

A copy of this ruling was mailed to the following:

Kenneth R. Calihan
F-17158
San Quentin State Prison
San Quentin, CA  94974

Order of Dismissal
P:\pro-se\sj.jf\cr.05\Calihan377dis         2